```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


GARY MELTON                                  CIVIL ACTION

VERSUS                                       NO: 06-2592

NOBLE DRILLING (US)3, INC.                   SECTION: "J"(2)
ET AL.
```

### ORDER AND REASONS

Before the Court is Plaintiff's Motion for Leave to File Second Supplemental, Amended and Restated Complaint, Thereby Asserting the Seaman's FRCP 9(h) Designation (Rec, Doc. 21). This motion, which was opposed, is set for hearing, without oral argument, on March 21, 2007. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds, for the reasons set forth below, that this motion should be granted.

Currently, this matter is scheduled as a jury trial and is set to take place on Tuesday, May 29, 2007. Plaintiff has filed the instant motion seeking leave to amend the Complaint to designate the matter as a claim under Rule 9(h), which would thereby making this a bench trial. In opposition, Defendant claims that the amendment should not be allowed because (1) it is untimely as amendments to pleadings were due on October 16, 2006;

(2) it is without good cause; and (3) allowing this designation would be prejudicial to Defendant, which has relied on the trial being a jury trial.

A defendant has no right to demand a jury trial in a Jones Act case.  See Rachal v. Ingram Corporation, 795 F.2d 1210, 1215-17 (5th Cir. 1986) ("the Jones Act gives only the seaman-plaintiff the right to choose a jury trial").  Further, this Court fails to see how allowing Plaintiff to make this designation more than two months before trial will prejudice Defendant.  However, this Court will consider granting Defendant a continuance of the trial date if Defendant can show the Court how it is prejudiced by the granting of this motion. Accordingly,

**IT IS ORDERED** that **Motion for Leave to File second Supplemental, Amended and Restated Complaint, Thereby Asserting the Seaman's FRCP 9(h) Designation (Rec, Doc. 21)** should be and hereby is **GRANTED**.

New Orleans, Louisiana this 14th day of March, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE